UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRACY NORMANDIN; and J. ALLEN SENSABAUGH, Individually and on Behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA N.A.; WELLS FARGO BANK, N.A.; CITIBANK, N.A.; U.S. BANK, N.A.; PNC BANK, N.A.; TRUIST BANK; and JOHN DOE BANKS 1-5;<br><br>   Defendants. | Case No. 3:25-cv-01749-SFR |

**JOINT MOTION AND STIPULATION REGARDING**
**INITIAL CASE MANAGEMENT DEADLINES**

Pursuant to Rules 4, 12, 16, and 26 of the Federal Rules of Civil Procedure, Plaintiffs and Defendants Citibank, N.A. ("Citi"), JPMorgan Chase Bank, N.A. ("JPM"), Wells Fargo Bank, N.A. ("Wells Fargo"), Truist Bank ("Truist"), and U.S. Bank, N.A. ("US Bank"), stipulate and move as follows. Plaintiffs have also discussed and agreed to the below terms with Defendant PNC Bank, N.A. and ("PNC") will file a joinder in this stipulation promptly after appearing pursuant to Paragraph 2 below.

**SERVICE**

1. Pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, service of process of the complaint was completed on Citi, JPM, Truist, US Bank, Bank of America, N.A., Wells Fargo, Citi, U.S. Bank, PNC, and PNC (collectively, "Defendants"), on October 21, 2025 (ECF No. 16).

2. Any Defendant who has not joined this Joint Motion may become bound by its terms by having one or more of their attorneys file a notice of appearance prior to the deadline for that Defendant to answer or otherwise respond to the Class Action Complaint, ECF No. 1, pursuant to Rule 12 of the Federal Rules of Civil Procedure, and filing a joinder to this Joint Motion via the Court's CM/ECF system.

3. Except as to the defense of insufficiency of service of process in this action, no defense of any of Defendant, including, without limitation, defenses based upon lack of personal jurisdiction, subject matter jurisdiction, or venue, is prejudiced or waived by such Defendant executing, agreeing to, joining, or filing this Joint Motion.

4. All Parties agree to accept service of pleadings, discovery requests, any discovery responses, and similar documents via e-mail and/or ECF.

5. All Parties agree that they have reviewed, and therefore waive any additional service of, the: Notice Pursuant to Federal Rule of Civil Procedure 7.1(b) at ECF No. 2, Order on Pretrial Deadlines at ECF No. 3; Electronic Filing Order for Counsel at ECF No. 4; Standing Protective Order at ECF No. 5; Notice of Option to Consent to Magistrate Judge Jurisdiction at ECF No. 6; and Notice to Counsel and Litigants Regarding AI-Assisted Research at ECF No. 7.

## CASE MANAGEMENT DEADLINES

6. Within thirty (30) days after the last Defendant has appeared in this action, counsel for all parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) (the "Rule 26(f) Conference").

7. Within fourteen (14) days following the Rule 26(f) Conference, the parties shall jointly prepare and file a Rule 26(f) Report, which shall include a proposed scheduling order with deadlines calculated from the Court's ruling on any Rule 12 motions.

8. If Defendants seek to enlarge the applicable page limits under Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut regarding page limits for any anticipated motions pursuant to Rule 12 of the Federal Rules of Civil Procedure, all Parties will meet and confer and file a proposal with the Court on or before November 21, 2025.

9. Defendants will answer or file motions pursuant to Rule 12 of the Federal Rules of Civil Procedure on or before December 19, 2025.

10. Plaintiffs will respond to any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure on or before January 30, 2026.

11. Defendants will file replies in further support of any motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure on or before February 27, 2026.

12. All Parties agree that all Party discovery is stayed during the pendency of Defendants' Rule 12 motions, with only the following exceptions:

| Event | Deadline |
|---|---|
| Parties serve Federal Rule of Civil Procedure 26(a) Initial Disclosures | January 19, 2026 |
| Parties file proposed protective order and present any remaining disputes to the Court. | March 13, 2026 |
| Parties file proposed stipulation regarding Electronically Stored Information and present any remaining disputes to the Court. | April 13, 2026 |

13. This is the first request by the Parties to modify operative deadlines or time limits in this litigation.

Dated: November 11, 2025        Respectfully submitted,

*/s/ Jeffrey P. Mueller*          */s/ Patrick McGahan*
**Day Pitney LLP**            **SCOTT+SCOTT ATTORNEYS AT LAW**
Jeffrey P. Mueller (ct27870)       **LLP**

Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: (860) 275-0100
Fax: (860) 275-0343
Email: jmueller@daypitney.com

*Counsel for Defendant U.S. Bank, N.A.*

*/s/ James O. Heyworth*
James O. Heyworth (No. 31312)
Benjamin R. Nagin (*pro hac vice forthcoming*)
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
jheyworth@sidley.com

*Counsel for Defendant Citibank, N.A*

*/s/ David R. Allen*
David R. Allen (ct30827)
**FINN DIXON & HERLING LLP**
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: dallen@fdh.com

*Attorney for Defendant JPMorgan Chase Bank, N.A.*

*/s/ Benjamin H. Diessel*
Benjamin H. Diessel (ct30383)
**Wiggin and Dana LLP**
One Century Tower
P.O. Box 1832
New Haven, CT 06437
Phone: (203) 498-4400
Email: Bdiessel@wiggin.com

*Counsel for Defendant Truist Bank*

*/s/ Ryan D. Class*
Ryan D. Class (ct440215)
Jones Day

Patrick McGahan (*pro hac vice*)
Michael Srodoski (*pro hac vice*)
Peter Cherepanov (CT Bar #31808)
Erin Dennehy (CT Bar #31992)
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
pcherepanov@scott-scott.com
edennehy@scott-scott.com

Carmen Medici (*pro hac vice*)
Patrick Rodriguez (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
cmedici@scott-scott.com
prodriguez@scott-scott.com

Karin E. Garvey (*pro hac vice*)
Matthew Perez (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
kgarvey@scott-scott.com
mperez@scott-scott.com

*Counsel for Plaintiffs*

4

100 High Street, 21st Floor
Boston, MA 02110-1781
Tel: (617) 449-6901
Email: rclass@jonesday.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

**SO ORDERED** at New Haven, Connecticut, this ___ day of _____, 2025.

    Sarah F. Russell
United States District Judge

**SIGNATURE ATTESTATION**

I, Patrick McGahan, am the ECF user whose identification and password are being used to file this Joint Motion and Stipulation Regarding Initial Case Management Deadlines. In accordance with Electronic Filing Policies and Procedures §XI (D), I hereby attest that the above-signed counsel has concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of November, 2025, at Colchester, Connecticut.

>                                      */s/ Patrick McGahan*
>                                         Patrick McGahan